Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com

Attorneys for Plaintiff, STEVEN TUTOR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEVEN TUTOR,<br><br>  Plaintiff,<br><br>v.<br><br>CHECK RESOLUTION SERVICE, INC.,<br><br>  Defendant. | Case No.: CV10-4240<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, STEVEN TUTOR, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: August 10, 2010                              KROHN & MOSS, LTD.


                                                    By:/s/ Ryan Lee .
                                                       Ryan Lee
                                                       Attorneys for Plaintiff
                                                       STEVEN TUTOR

- 1 -

VOLUNTARY DISMISSAL